UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

IN RE: )
)
)
LEMARK H. MCMURRY ) 16-10864 (13)
CYNESHA D. MCMURRY )
DEBTORS )
_____)
)
)
LEMARK H. MCMURRY )
CYNESHA D. MCMURRY )
PLAINTIFFS )
)
VS. ) A.P. No 22-_____
)
RUSHMORE LOAN )
MANAGEMENT SERVICES, LLC )
ATT:MANAGING MEMBER OR AGENT )
P.O. BOX 55004 )
IRVINE, CA 92619 )
DEFENDANT )
)
AND )
)
FIRST GUARANTY MORTGAGE )
CORPORATION )
ATT: HIGHEST OFFICER AVAILABLE )
5800 TENNYSON PARKWAY )
PLANO, TEXAS 75204 )
DEFENDANT )
)
AND )
)
CARRINGTON MORTGAGE )
SERVICES, LLC )
ATT: MANAGING MEMBER OR AGENT )
P.O. BOX 5001 )
WESTFIELD, IN 46074 )
DEFENDANT )
_____)

# COMPLAINT
# SEEKING A RULING OF CONTEMPT AND DAMAGES

Come Lemark H. McMurry and Cynesha D. McMurry, by and through Counsel and for their Complaint states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. The matters complained of constitute a core proceeding as defined in 28 U.S.C. § 157(b).

2. Venue is proper with this Court pursuant to 28 U.S.C. § 1409 (a) by virtue of the filing of the Bankruptcy Petition in the Western District of Kentucky. In addition, venue is proper by virtue of the subject debtors residing in the Western District of Kentucky and the real property being located within the confines of the Western District of Kentucky.

3. Pursuant to 11 U.S.C. §105(a) this Court has the authority to impose sanctions against creditors in contempt who fail to abide by the discharge granted under 11 U.S.C. § 1328.

## PARTIES

4. Plaintiffs LeMark H. McMurry and Cynesha D. McMurry are debtors in Chapter 13 Bankruptcy Case 16-10864. The case has been reopened by Order of this Court. The debtors obtained a Chapter 13 Discharge on August 27, 2021.

5. Defendant Rushmore Loan Management Services, LLC was a listed creditor in the bankruptcy case was or is the holder of the mortgage against the debtors' real estate located at 193 Circle Drive, Russellville, Logan County, Kentucky 42276.

6. Defendant First Guaranty Mortgage Corporation was assigned the mortgage from Rushmore Loan Management Services, LLC prior to the Debtors' discharge.

7. Defendant Carrington Mortgage Services, LLC is believed to be the holder of the debtors' mortgage was or is the holder of the mortgage against the debtors' real estate located at 193 Circle Drive, Russellville, Logan County, KY 42276.

## FACTUAL ALLEGATIONS

8. On September 23, 2016. Mr. and Mrs. McMurry filed a Chapter 13 bankruptcy to address their debts including an arrearage of $7,104.59 owed to Rushmore Management Services, LLC.

9. The entire prepetition arrearage of $7,104.59 was paid through the Plan entire debt.

10. In addition to the prepetition arrearage, the debtors reimbursed and paid Rushmore Loan Management Service, LLC the approved post-petition attorney fees and costs in the amount of $681.00

11. The debtors paid each monthly payment due on the mortgage during the bankruptcy case.

12. On June 2, 2021 the Chapter 13 Trustee filed his Notice of Final Cure Payment (re: Rule 3002.1 Notice) (DN 116).

13. On July 14 2021 attorney Theodore Konstantinopoulos on behalf of creditor First Guaranty Mortgage Corporation filed a motion seeking additional time to respond to the Chapter 13 Trustee's Notice of Final Cure.

14. The Court granted the requested additional time to object to the Notice of Final Cure requested by First Guaranty Mortgage Corporation.

15. Without objection to the Notice for Final Cure the case proceeded and the debtors obtained their Chapter 13 Discharge on August 27, 2021.

16. Carrington Mortgage was aware that the debtors received a Chapter 13 Discharge prior to attempting to collect a debt not owed. Carrington Mortgage has been communicating with the debtors and claims, and is attempting to collect, a past due amount of $15,847.20 as of February 5, 2022. Carrington Mortgage also claims the debtors are 584 days past due on the mortgage statement dated February 2, 2022. (Exhibit "A")

17. Rushmore Loan Management Services was aware the debtors received Chapter 13 discharge prior to attempting to collect a debt not owed. Rushmore Loan Management Services has been communicating with the debtors and claims a past due amount of $15,002.80 as of January 11, 2022. (Exhibit "B")

18. The Debtors were mailed a 1098 indicating the debtors paid $3,200.97 in interest and $1,056.44 in Mortgage insurance premiums for tax year 2021. (Exhibit "C"). The amount of interest and pmi premiums paid make it mathematically impossible that the debtors are 584 days past due.

19. Each statement sent by Carrington Mortgage Services, LLC and Rushmore Loan Management Services, LLC was an intended action to collect thousands of dollars not owed in violation of the discharge injunction.

20. There can be no fair ground of doubt that the actions taken to collect debts not owed by each of the Defendants was unlawful. The discharge injunction prohibits the very actions undertaken by the defendants.

21. The Defendants efforts to collect debt which was paid during the bankruptcy case and is not owed began almost immediately after this Court entered the debtors discharge. The defendants continue to do so as of the date of the filing of this Complaint.

WHEREFORE, Plaintiff prays,

a. The Court order the defendants to correct their records that the loan was current as of the debt of discharge;

b. The Court order each of the Defendant correct any information that has been reported inaccurately from the date of discharge to any credit reporting agencies;

c. The Court to award all reasonable costs jointly and severally against the defendants including attorney fees suffered by the estate; and

d. For all other relief to which the Plaintiffs appear entitled.

Respectfully submitted,

**/s/ Alicia C. Johnson**
Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276
270-726-8668
bkalicia@hotmail.com

# CARRINGTON MORTGAGE SERVICES, LLC
NMLS ID #2600

P.O. Box 5001
Westfield, IN 46074

# Monthly Mortgage Statement

0004190  01 MB 0.482 **AUTO  T2 0 9482 42276-941593  -C01-P04194-I

LEMARK MCMURRY
193 CIR DR
RUSSELLVILLE  KY  42276-9415



| | |
|---|---|
| Statement Date | 02/05/22 |
| Account Number | 4000885746 |
| **Amount Due** | **$16,639.56** |
| Due Date: | 03/01/22 |

If payment is received after 03/16/22, a $0.00 late fee will be charged.

**Contact Us:**
📞 800-561-4567    📠 800-486-5134
💻 www.CarringtonMortgage.com

## Account Information

**Property Address:**
193 CIRCLE DRIVE
RUSSELLVILLE KY 42276

Interest Rate: 4.375%
Prepayment Penalty: No

Modification Date: N/A
Maturity Date: 12/01/2044

## DELINQUENCY NOTICE

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. See additional comments related to the Delinquency Box on page 2.

## Explanation of Amount Due

| | |
|---|---|
| Principal: | $206.08 |
| Interest: | $350.48 |
| Escrow: | $235.80 |
| (Taxes and/or Insurance)* | |
| **Reg. Monthly Payment:** | **$792.36** |
| Overdue Payment: | $15,847.20 |
| Total Fees Charged: | $0.00 |
| **Total Amount Due:** | **$16,639.56** |

## Current Loan Balances

| | |
|---|---|
| Principal Balance*: | $100,098.69 |
| Escrow Balance: | -$3,368.43 |
| Past Due Balance: | $15,847.20 |
| Deferred Balance(s): | N/A |
| Buydown Balance: | N/A |
| Partial Claim: | N/A |
| Negative Amortization: | N/A |
| Unapplied Funds: | $152.68 |

* Your current Principal Balance is not a payoff quote. See page 4 for Loan Payoff Information.

## Past Payment Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance)* | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Unapplied Funds | $0.00 | $152.68 |
| **Total** | **$2,374.27** | **$152.68** |

* Please see page 4 of this statement for additional information.

▲ Please detach and return with your payment ▲

# CARRINGTON MORTGAGE SERVICES, LLC
NMLS ID #2600

Make a payment at CarringtonMortgage.com.
Pay by Check or AutoPay for free!

Loan Number: 4000885746
LEMARK MCMURRY
193 CIR DR
RUSSELLVILLE  KY  42276

| | |
|---|---|
| **Amount Due** | **$16,639.56** |
| Due Date: | 03/01/22 |
| Late charge if received after 03/16/22: | $0.00 |
| Late Payment Amount if received after 03/16/22: | $16,639.56 |

CARRINGTON MORTGAGE SERVICES LLC
PO BOX 660586
Dallas, TX 75266-0586

| | |
|---|---|
| Payment Due | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Total Amount Enclosed | $ |

0660586400088574600166395600166395600

**EXHIBIT "A"**
**Page 1 of 5**



# Monthly Mortgage Statement

Account Number: 4000885746 • Page 2 of 5

## Transactions Since Your Last Statement

| Date | Description | Amount | Principal | Interest | Escrow | Late Charge | Suspense | Miscellaneous |
|---|---|---|---|---|---|---|---|---|
| | * No transactions have occurred on your loan between last billing statement and this statement date. | | | | | | | |

## DELINQUENCY INFORMATION

### Recent Account History

Payment Due 09/01/21: Unpaid balance of $792.36
Payment Due 10/01/21: Unpaid balance of $792.36
Payment Due 11/01/21: Unpaid balance of $792.36
Payment Due 12/01/21: Unpaid balance of $792.36
Payment Due 01/01/22: Unpaid balance of $792.36
Payment Due 02/01/22: Unpaid balance of $792.36

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 02/05/22, you are 584 days delinquent on your mortgage.

**Delinquent Total Due: $16,639.56.**
You must pay this amount by the Due Date on Page 1 to bring your loan current. Please note that costs and fees associated with your loan may accrue after the Statement Date. If you are experiencing financial difficulty: See page 4 for information about mortgage counseling or assistance.

Contact Us:   📞 800-561-4567   📠 800-486-5134   🖥 www.CarringtonMortgage.com

Visit www.CarringtonMortgage.com to make your payment today! Pay by Check or AutoPay at no charge! Additional Payment options available at www.CarringtonMortgage.com.



**EXHIBIT
"A"
Page 2 of 5**

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

**Monthly Mortgage Statement**

Account Number: 4000885746 • Page 3 of 5

## SPECIAL INFORMATION

If you choose to mail a payment, or are mailing additional principal or escrow funds, please complete and detach the coupon portion of this statement, and mail it with the check or money order to the Payment Processing Center using the return envelope provided. Be sure that the address shows through the window of the envelope. Be sure to write your account number on the check or money order. **PLEASE DO NOT SEND CASH.** Please do not send the entire statement. Please do not include correspondence on or with the payment.

### Partial Payment Policy
Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. If you are subject to a pending bankruptcy proceeding, please contact our Customer Service department for additional information regarding payment application.

We may charge you a NSF fee (of up to $50.00) for any payment applied to your account, but rejected or returned unpaid by your financial institution, subject to applicable law or regulations.

**IMPORTANT UPDATE: NEW PAYMENT ADDRESS CHANGE** for mailing payments to Carrington. Please use the new payment address when mailing your payments to avoid delay. If you are making payments through your financial institution's Bill Pay service, please update the address. The following is the new payment address:
Carrington Mortgage Services, LLC
P.O. Box 660586
Dallas, TX 75266-0586

### Important Bankruptcy Notice:
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceedings, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

### Announcing CMS AutoPay Service!
We are now able to automatically draft your monthly payments from your checking or savings account. The CMS AutoPay is fast, free, convenient and secure way to pay your mortgage. Enroll today by calling our Customer Service Department at (800) 561-4567 or log into your account on CarringtonMortgage.com.

### Paying Your Loan Ahead
We allow you to prepay your periodic payments one month in advance. If you want to prepay more than one periodic payment, please contact us. Without written instructions from you, any attempt to prepay more than one periodic payment on your loan will result in your payments being applied to the principal balance of your loan.

**EXHIBIT**
**"A"**
**Page 3 of 5**



# Monthly Mortgage Statement

Account Number: 4000885746 • Page 4 of 5

### Important Bankruptcy Notice
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

### Payment Information
Please visit the website at www.CarringtonMortgage.com for convenient payment options. Payments can be made by Check or AutoPay at no charge. Information about additional payment options is available at www.CarringtonMortgage.com. If you choose to mail a payment, or are mailing additional principal or escrow funds, please complete and detach the coupon portion of this statement, and mail it with the check or money order to the Payment Processing Center using the return envelope provided. Be sure that the address shows through the window of the envelope. Be sure to write your account number on the check or money order. **PLEASE DO NOT SEND CASH.** Please do not send the entire statement. Please do not include correspondence on or with the payment. Postdated checks will be processed on the date received unless prohibited by applicable law.

*By providing a check as payment,* you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.

*When we use information from your check to make an electronic funds transfer,* funds may be withdrawn from your account as soon as the same day we receive the payment, and you will not receive your check back from your financial institution.

### Other Payment Options
**Western Union/Quick Collect**
To use Quick Collect to make a payment, follow these easy steps:
1. Call 1-800-325-6000, press #2 to locate the Western Union Agent nearest you or go to www.westernunion.com.
2. At the Agent location, select and fill in the blue Payment Form completely. Include the following information:
   Pay to: Carrington Mortgage Services, LLC
   City Code: CarringtonMS
   State: CA
3. Be sure your name and account number are correctly written on the form.

This transaction will cost you a nominal fee. To contact Western Union Customer Service, please call 1-800-238-5772.

**MoneyGram**
To use MoneyGram to make a payment, follow these easy steps:
1. Call 1-800-926-9400 to locate a MoneyGram Agent or go to www.moneygram.com/efInsUs/.
2. At the Agent location, select and fill in the blue Payment Form completely. Include the following information:
   Pay to: Carrington Mortgage Services, LLC
   Receive Code: 7998
3. Be sure your name and account number are correctly written on the form.

This transaction will cost you a nominal fee. To contact Money-Gram Customer Service, please call 1-800-555-3133.

**Note:** Payments transmitted to our office after the close of business will be applied to your account the next business day.

### Insurance
**Hazard Insurance** - Fire and extended coverage is required on all accounts as specified in your loan documents.

**Flood Insurance** - If your property is located in a designated flood area, adequate Flood Insurance is required.

Proof of insurance coverage is required on an annual basis. Please consult with your insurance agent to ensure that we are notified of your policy's status and that we receive copies of all renewal notices. We reserve the right to place insurance coverage to protect our mortgage interest if your insurance cancels or we are not notified of the renewal of your policy. The cost of this lender placed coverage may be higher than the policy of your choice and the coverage may not be equivalent to your prior policy. Your account will be charged for this coverage and monthly mortgage payments may increase accordingly.

### Property Taxes
If we escrow for your taxes, please forward all bills to us to ensure proper payment. Timely payment of Real Estate taxes to the appropriate taxing authority is required on all Non-Escrow accounts. In the event that we are notified of non-payment of taxes by your taxing authority, we may exercise our option to advance payment for taxes.
**NOTE:** This will result in an increase in monthly mortgage payments.

### Important Notices
**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**HUD Counselor Information** - If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

### Additional Information
**Escrow** - This portion of the mortgage payment may include amounts collected for mortgage insurance premiums.

**Negative Amortization** - The unpaid principal balance includes the negative amortization balance, if applicable. Negative amortization only occurs on certain loan products.

### Privacy Notice
Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.CarringtonMortgage.com/Legal/PrivacyPolicy.

### Errors and Information Requests (inquires & complaints)
Notices of Error, Requests for Information and Qualified Written Requests (as defined in RESPA) must be sent to: PO Box 5001, Westfield, IN 46074. Please include your account number with all correspondence. You have certain rights under federal law to resolve errors and request information related to your account. For more information, please contact us at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

### Servicemembers Civil Relief Act
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief including protections from foreclosure as well as interest rate relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Assistance Team toll free at 1-888-267-5474.

### Correspondence (for inquiries & complaints)
Carrington Mortgage Services, LLC P.O. Box 5001, Westfield, IN 46074

**Overnight Payment Mailing Address:**
Carrington Mortgage Services, LLC
Cashiering Dept. 2-270
1600 South Douglass Road, Suites 110 & 200-A
Anaheim, CA 92806

### Important Telephone Numbers
Customer Service (for inquiries & complaints): 1-800-561-4567
Customer Service Fax: 1-800-486-5134
Refinance: 1-888-267-0584
Payoff Request Fax (include borrower authorization): 1-866-624-6154

### Loan Payoff Information
The Current Principal Balance on Page 1 is not your payoff amount.
Payoff requests may be obtained by:
• CarringtonMortgage.com Log-in to your account
• Fax: (include borrower authorization): 1-866-624-6154
• Customer Service Toll Free Telephone: 1-800-561-4567

**EXHIBIT "A"**
**Page 4 of 5**

Please see reverse side for more information.

Contact Us:   📞 800-561-4567   📠 800-486-5134   💻 www.CarringtonMortgage.com

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #7600

**Monthly Mortgage Statement**
Account Number: 4000885746 · Page 5 of 5

**Crediting of Payments**
We credit mailed payments as of the date received, if the payment is: (1) paid with a check payable to Carrington Mortgage Services, LLC and drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order that includes your loan number on the check or money order; (2) sent with the payment coupon; and (3) received at the payment address on the payment coupon by 5 p.m., Monday through Friday, excluding federal holidays, in the time zone of the payment address. Payments received through means other than mail, such as AutoPay, Web Payments on CarringtonMortgage.com, and Pay By Phone, will be credited to your account in accordance with the terms and conditions of those services. Payments that fail to meet applicable requirements may result in crediting delays or may be returned. If your loan is in default, bankruptcy or foreclosure, this may impact our ability to credit your payments. In addition, one or more payment services may be unavailable and you may be required to pay with certified funds or other forms of payment.

**Application of Payments**
In general, payments will be applied as described in your loan documents (including any loan modifications), subject to applicable law and any other requirements, such as investor and insurer/guarantor requirements. Periodic payments received and accepted will first be applied to the longest outstanding periodic payment due. If your loan is not current and you submit additional amounts with a periodic payment, the additional amounts will be applied to your outstanding periodic payments until your periodic payments are paid current and then applied to fees or other amounts owed on your account before applying the remaining additional amounts as you instructed. If your loan is not current and the additional amounts you submit with a periodic payment are insufficient to bring your outstanding periodic payments current, then the remaining additional amounts will be posted to your unapplied funds account. If your loan is current and you submit additional amounts with your current periodic payment due, the additional amounts will be applied to fees or other amounts owed on your account before applying the remaining additional amounts as you instructed, or, if no instructions are provided, they will be applied to the principal balance of your loan.

**EXHIBIT**
**"A"**
**Page 5 of 5**

04CAR103641

Contact Us:   800-561-4567   800-486-5134   www.CarringtonMortgage.com



# Mortgage Statement



**Rushmore Loan Management Services**
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

AB 02 028239 67639 E 161 A
LEMARK MCMURRY
193 CIR DR
RUSSELLVILLE, KY 42276-9415

| | |
|---|---|
| Statement Date: | 01/11/2022 |
| Account Number | 4400316984 |
| Payment Due Date | 02/01/2022 |
| Payments received after the statement date are not reflected. | |
| Amount Due (5) | $15,814.47 |
| If payment is received after 02/17/2022, a $22.26 late fee will be charged. | |

## Notice

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

## Account Information

| | |
|---|---|
| Property Address: | 193 CIRCLE DRIVE |
| | RUSSELLVILLE, KY 42276 |
| Outstanding Principal (3) | $100,098.69 |
| Interest Rate | 4.37500% |
| Recoverable Advances (4) | -$16.50 |
| Prepayment Penalty | No |

## Explanation of Amount Due (5)

| | |
|---|---|
| Principal | $205.34 |
| Interest | $351.22 |
| Escrow (Taxes and Insurance) | $232.85 |
| Regular Monthly Payment | $789.41 |
| Total Fees and Charges | $22.26 |
| Overdue Payments | $15,002.80 |
| Total Amount Due | $15,814.47 |
| Partial Payment (Unapplied) (1) | $152.68 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) (1) | $0.00 | $0.00 |
| Recoverable Advances (4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

**TAX SEASON IS COMING SOON, AND SO IS YOUR 1098.**
Most annual tax statements will be available online by January 15th.

Look for a copy of your 1098 document inside your January billing statement. Some customers will receive tax documents in a separate letter. To learn more about your tax statements and receiving statements online, visit rushmorelm.com/year-end-taxes

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services LLC is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused and we believe in providing the highest level of customer care. We treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at (888) 504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you. We encourage all of our customers to continue to visit our website (www.rushmorelm.com) to access loan information, make payments, download forms, or obtain answers to questions about your account.

---

(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PMT AMOUNT |
|---|---|---|---|---|
| 4400316984 | 02/01/2022 | $15,814.47 | 02/17/2022 | $15,836.73 |

LEMARK MCMURRY
193 CIR DR
RUSSELLVILLE, KY 42276

| AMOUNT DUE (5) | |
|---|---|
| Due By 02/01/2022: | $15,814.47 |
| $22.26 late fee will be charged after 02/17/2022 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

Make Checks Payable To:
Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

**EXHIBIT "B"**
Page 1 of 5

005128090002012022440031698400000811670000789414

## Important Information

(1) **Partial Payment:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(3) **Outstanding Principal:** This is your Loan Balance only, not the pay off amount, and does not include any Deferred Balance.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses (non-escrow expenses) paid with servicer funds rather than escrow funds, which are recovered from you, the borrower.

(5) **Amount Due:** IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

### GET LOAN INFORMATION INSTANTLY

Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. JUST CALL (888) 504-6700 from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. You may also visit our website at www.rushmorelm.com for access to loan information, make payments, request financial assistance and more!

### Need To Contact Us?

**CUSTOMER CARE / PAYOFF STATEMENTS**
Mon - Thurs 6:00 am to 7:00 pm PT
Friday 6:00 am to 6:00 pm PT
Telephone (888) 504-6700

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services LLC
Customer Care Department
P.O. Box 55004
Irvine, CA 92619-5004

**NEED FINANCIAL ASSISTANCE?**
COLLECTION DEPARTMENT
Telephone (888) 504-7200

**HOME RETENTION**
Telephone (888) 504-7300

### Payment Mailing Information:

**Standard Delivery Mailing Address:**
Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

**Overnight Delivery Service Payment Address:**
Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd.
Suite 100
Irvine, CA 92618

### Assistance with Escrow Information:

**HAZARD/HOMEOWNERS INSURANCE**
Telephone (866) 735-2998
Fax (866) 257-4121

**PROPERTY TAX INFORMATION/ASSISTANCE**
Telephone (844) 323-3780
Fax (817) 826-0265

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services LLC
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services LLC
P.O. Box 9214
Coppell, TX 75019

### Additional Information:

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services LLC
Compliance Department
P.O. Box 52262
Irvine, CA 92619-2262

**WESTERN UNION QUICK COLLECT**
Code City: Rushmore
Code State: CA

**STANDARD FEES**
Returned Check Fee *   $25.00
* Except where restricted by state law
Other Fees are listed on
www.rushmorelm.com

### ANNUAL PRIVACY NOTICE

Rushmore Loan Management Services LLC provides our Annual Privacy Notice on-line, at our website: www.rushmorelm.com. A copy of the notice will be mailed to customers who request one by contacting our Customer Care Department at (888) 504-6700 or by sending a written request to our Customer Care Department at P.O. Box 55004 Irvine, CA 92619-5004. The information in the Notice has not changed from last year.

**Important Notice:** Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 52262 Irvine, CA 92619-2262.

### Housing Counselor Resources

The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of HUD-approved agencies in your area.

---

## Mailing Address and Phone Number Change Request

Mailing Address _____

City _____  State _____  Zip Code _____

Home Phone Number _____  Business Phone Number _____

**EXHIBIT "B"**
**Page 2 of 5**

**RUSHMORE LOAN MANAGEMENT SERVICES**
Rushmore Loan Management Services
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

Statement Date: 01/11/2022
Account Number: 4400316984

**Mortgage Statement**

### Transaction Activity (07/01/2021 - 01/11/2022)

| Date | Description | Principal | Interest | Escrow | Fees | Other | Total |
|---|---|---|---|---|---|---|---|
| 07/02 | PAYMENT | 188.85 | 367.71 | 235.80 | | | |
| 07/02 | REPAY OF ESC ADV | | | -235.80 | | -792.36 | |
| 07/02 | FHA / PMI INS | | | -87.22 | | | |
| 07/05 | ESCROW ADVANCE | | | 87.22 | | 235.80 | |
| 07/05 | HAZARD INS | | | -55.93 | | | 87.22 |
| 07/22 | ESCROW ADVANCE | | | 55.93 | | | -55.93 |
| 07/22 | VALUE/HOA/INSP COST | | | | | -20.00 | 55.93 |
| 08/03 | HAZARD INS | | | -55.93 | | | -20.00 |
| 08/03 | ESCROW ADVANCE | | | 55.93 | | | -55.93 |
| 08/04 | FHA / PMI INS | | | -87.22 | | | 55.93 |
| 08/04 | ESCROW ADVANCE | | | 87.22 | | | -87.22 |
| 08/09 | PAYMENT | | | | | 820.00 | 87.22 |
| 08/11 | PAYMENT | 189.54 | 367.02 | 235.80 | | | 820.00 |
| 08/11 | REPAY OF ESC ADV | | | -235.80 | | -792.36 | |
| 08/24 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 09/03 | FHA / PMI INS | | | -87.22 | | | -87.22 |
| 09/03 | ESCROW ADVANCE | | | 87.22 | | | 87.22 |
| 09/03 | HAZARD INS | | | -55.93 | | | -55.93 |
| 09/03 | ESCROW ADVANCE | | | 55.93 | | | 55.93 |
| 09/14 | COUNTY/PARISH | | | -1,143.47 | | | |
| 09/14 | ESCROW ADVANCE | | | 1,143.47 | | | -1,143.47 |
| 09/21 | VALUE/HOA/INSP COST | | | | | -20.00 | 1,143.47 |
| 09/24 | PAYMENT | | | | | 820.00 | -20.00 |
| 09/28 | PAYMENT | 190.23 | 366.33 | 235.80 | | | 820.00 |
| 09/28 | REPAY OF ESC ADV | | | -235.80 | | -792.36 | |
| 10/29 | PAYMENT | | | | | 564.17 | 564.17 |
| 10/30 | PAYMENT | 190.92 | 365.64 | 235.80 | | | |
| 10/30 | REPAY OF ESC ADV | | | -235.80 | | -792.36 | 235.80 |
| 11/01 | MISAPP REVERSAL | -190.92 | -365.64 | -235.80 | | | |
| 11/01 | PAYMENT | | | | | 820.00 | 820.00 |
| 11/01 | ESCROW ADVANCE | | | 235.80 | | | 235.80 |
| 11/02 | PAYMENT | 190.92 | 365.64 | 235.80 | | -792.36 | |
| 11/03 | REPAY OF ESC ADV | | | -235.80 | | | 235.80 |
| 11/03 | PAYMENT | 191.62 | 364.94 | 235.80 | | -792.36 | |
| 11/03 | REPAY OF ESC ADV | | | -235.80 | | | 235.80 |
| 11/04 | HAZARD INS | | | -55.93 | | | -55.93 |
| 11/04 | MISAPP REVERSAL | | | 55.93 | | | 55.93 |
| 11/04 | ESCROW ADVANCE | -191.62 | -364.94 | -235.80 | | | |
| 11/04 | FHA / PMI INS | | | -87.22 | | | -87.22 |
| 11/05 | PAYMENT | | | 323.02 | | 792.36 | 323.02 |
| 11/09 | CORP ADVANCE ADJUST | | | | | -225.00 | -225.00 |
| 11/09 | CORP ADVANCE ADJUST | | | | | -161.50 | -161.50 |
| 11/09 | CORP ADVANCE ADJUST | | | | | -300.00 | -300.00 |
| 11/09 | CORP ADVANCE ADJUST | | | | | -861.50 | -861.50 |

### Transaction Activity (07/01/2021 - 01/11/2022)

| Date | Description | Principal | Interest | Escrow | Fees | Other | Total |
|---|---|---|---|---|---|---|---|
| 11/09 | CORP ADVANCE ADJUST | | | | | -150.00 | -150.00 |
| 11/09 | PAYMENT | | | 55.05 | 256.59 | -311.64 | |
| 11/09 | REPAY OF ESC ADV | | | -55.05 | | 55.05 | |
| 11/09 | PAYMENT | | | | | -30.00 | |
| 11/09 | PAYMENT | | | | | -675.00 | |
| 11/16 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 12/03 | FHA / PMI INS | | | -87.22 | | | -87.22 |
| 12/03 | HAZARD INS | | | -55.93 | | | -55.93 |
| 12/03 | ESCROW ADVANCE | | | 143.15 | | | 143.15 |
| 12/13 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 12/17 | LATE CHARGE ASSESS | | | | -22.26 | | |
| 01/04 | FHA / PMI INS | | | -87.22 | | | -87.22 |
| 01/04 | HAZARD INS | | | -55.93 | | | -55.93 |
| 01/04 | ESCROW ADVANCE | | | 143.15 | | | 143.15 |

### **DELINQUENCY NOTICE**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 01/11/2022, you are 559 days delinquent on your mortgage loan, dating to 07/01/2020.

Recent Account History

* Payment Due 01/01/2022: Unpaid balance of $789.41
* Payment Due 12/01/2021: Unpaid balance of $789.41
* Payment Due 11/01/2021: Unpaid balance of $789.41
* Payment Due 10/01/2021: Unpaid balance of $789.41
* Payment Due 09/01/2021: Unpaid balance of $789.41
* Payment Due 08/01/2021: Unpaid balance of $789.41
* Payment Due 07/01/2021: Unpaid balance of $789.41
* Payment Due 06/01/2021: Unpaid balance of $789.41
* Payment Due 05/01/2021: Unpaid balance of $789.41
* Payment Due 04/01/2021: Unpaid balance of $789.41
* Payment Due 03/01/2021: Unpaid balance of $789.14
* Payment Due 02/01/2021: Unpaid balance of $789.14
* **Total: $15,814.47 due.** You must pay this amount to bring your loan current.
  **IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

**EXHIBIT "B"**
Page 4 of 5

## ADDITIONAL NOTICES

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this document is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Notice of Error Resolution & Information Request Procedures**

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

**_If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:_**

Rushmore Loan Management Services LLC
P.O. Box 52262
Irvine, CA 92619-2262

All written requests for information or notices of error should contain the following information:
1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll-free telephone at 1-800-569-4287.

**Equal Credit Opportunity Act Disclosure**
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**EXHIBIT "B"**
**Page 5 of 5**

Rev 12/21

RUSHMORE LOAN MANAGEMENT SERVICES LLC
15480 LAGUNA CANYON ROAD SUITE 100
IRVINE, CA 92618
888-504-6700

**IMPORTANT TAX RETURN INFORMATION BELOW**

ACCOUNT NUMBER: 4400316984

LEMARK MCMURRY
193 CIR DR
RUSSELLVILLE KY 42276

Amounts in Box 5 may or may not be tax deductible. Please consult your tax professional.

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>15480 LAGUNA CANYON ROAD SUITE 100<br>IRVINE, CA 92618<br>888-504-6700 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person | OMB No. 1545-1380<br><br>2021<br><br>Form 1098 | **Mortgage Interest Statement** |
|---|---|---|---|
| **RECIPIENT'S/LENDER'S TIN**<br>26-3416474 | **PAYER'S/BORROWER'S TIN**<br>***-**-8020 | **1** Mortgage interest received from payer(s)/borrower(s)*<br>$ 3,200.97 | **Copy B**<br>**For Payer/**<br>**Borrower** |
| | | **2** Outstanding mortgage principal<br>$ 101,606.79 | **3** Mortgage origination date<br>03/05/2012 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| | | **4** Refund of overpaid interest<br>$ 0.00 | **5** Mortgage insurance premiums<br>$ 1,056.44* |
| **PAYER'S/BORROWER'S name**<br>LEMARK MCMURRY | | **6** Points paid on purchase of principal residence<br>$ 0.00 |
| Street address (including apt. no.)<br>193 CIR DR | | **7** ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8 |
| City or town, state or province, country, and ZIP or foreign postal code<br>RUSSELLVILLE KY 42276 | | **8** Address or description of property securing mortgage (see Instructions)<br>193 CIRCLE DRIVE<br>RUSSELLVILLE KY 42276 |
| **9** Number of properties securing the mortgage<br>001 | **10** Other   Property Taxes<br>$ 1,143.47 | | **11** Mortgage acquisition date |
| Account number (see Instructions)<br>4400316984 | | | |

Form 1098   (Keep for your records)   www.irs.gov/Form1098   Department of the Treasury - Internal Revenue Service

**EXHIBIT "C"**
**Page 1 of 1**